# IN THE UNITED STATES DISTRICT COURT FOR THE
# NORTHERN DISTRICT OF FLORIDA
# TALLAHASSEE DIVISION

MARCUS WAYNE ROBERTS,

    Petitioner,

v.                             CASE NO. 4:09cv75-RH/WCS

UNITED STATES DEPARTMENT
OF STATE, et al.,

    Defendants.

_____/

## ORDER OF DISMISSAL

The petitioner apparently has abandoned this case. The case is before the court on the magistrate judge's report and recommendation (document 7). No objections have been filed. More than a month has passed since the magistrate judge granted the petitioner's attorney leave to withdraw—based on the petitioner's insistence that the attorney withdraw—and since the magistrate judge told the petitioner he needed to take action if he wished to continue with the case. The petitioner having taken no action and given no indication of any desire to continue with the litigation,

    IT IS ORDERED:

The report and recommendation is ACCEPTED.  The clerk must enter judgment stating, "This case is DISMISSED without prejudice."  The clerk must close the file.

SO ORDERED on April 20, 2009.

s/Robert L. Hinkle<br>
Chief United States District Judge